

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-16-00222-CV

**IN RE** Leticia **MONTEMAYOR**

Original Mandamus Proceeding[1]

**ORDER**

On April 8, 2016, Relator Leticia Montemayor filed a petition for a writ of mandamus. The court has considered the petition for writ of mandamus and has determined that Relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c). The court's opinion will issue at a later date.

The Honorable Jesus Garza is ORDERED to vacate the July 24, 2015 order. The writ will issue only if we are notified that Judge Garza has not done so within twenty days of the date of this order.

It is so **ORDERED** on June 10, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2011CVW001587 C3, styled *In the Interest of R.E.M., a Child*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.